**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **MICHAEL D. VAN DEELEN,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:23-CV-03729** |
| § | |
| **DAVID R. JONES,** § | |
| § | |
| Defendant. § | |

## ORDER

The Court, having reviewing Plaintiff Michael D. Van Deelen's Complaint, is of the opinion that the Complaint shall remain under seal for purposes of judicial security.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas on October 23, 2023.

_____
Keith P. Ellison
United States District Judge