IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL D. VAN DEELEN, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Case No. 4:23-CV-03729 |
| § | |
| DAVID R. JONES, § | |
| § | |
| Defendant. § | |

### DEFENDANT'S MOTION TO CONFIRM AND/OR EXTEND RESPONSE DATE

**To the Honorable Alia Moses,**
**Chief United States District Judge:**

David R. Jones, *pro se*, (the "Defendant") files this motion to confirm and/or extend the initial response date in this proceeding.

#### SUMMARY OF THE MOTION

1.  The Defendant seeks an order establishing the initial response date in this proceeding. The request is made (i) due to the Plaintiff's apparent failure to properly effectuate service; and (ii) to allow the Department of Justice sufficient time to evaluate the Defendant's request for representation. The Defendant requests that the response date in this proceeding be established as 60 days after the date of service upon the United States or the date that the Department of Justice declines to provide the Defendant with representation, whichever is later.

#### RELEVANT FACTUAL BACKGROUND

2.  The Plaintiff filed his complaint on October 4, 2023. [Docket No. 1]. The Plaintiff's claims arise out of an order issued by the Defendant in his capacity as a United States judge.

3.  On October 9, 2023, the Defendant submitted his request under Volume 20, Chapter 3 of the Guide to Judiciary Policy for representation in this case by the Department of

Justice. Based on information received from the Administrative Office of the United States Courts, the Defendant understands that the request is still under consideration.

4. The Clerk issued a summons on November 2, 2023.

5. The Defendant was personally served with the complaint and the summons on November 5, 2023.

6. Under FED. R. CIV. P. 4(i)(3), "[t]o serve a United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf (whether or not the officer or employee is also sued in an official capacity), a party must serve the United States and also serve the officer or employee under Rule 4(e), (f), or (g)."  As the Plaintiff has also sued the Defendant in his official capacity, the Defendant "must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee."  FED. R. CIV. P. 4(i)(2).

7. No indication exists on the docket that the Plaintiff has complied with the requirements of FED. R. CIV. P. 4 regarding service of officers and employees of the United States.

8. Under FED. R. CIV. P. 12(a)(3), "[a] United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf must serve an answer to a complaint, counterclaim, or crossclaim within 60 days after service on the officer or employee or service on the United States attorney, whichever is later."

9. The Defendant believes that this proceeding will be disposed of by motion under FED. R. CIV. P. 12(b) based on the Defendant's judicial immunity. To the extent that declaratory

and injunctive relief is sought, such relief is likewise inappropriate as it would supersede the normal appellate process. It is critical that sufficient time be allowed for the Department of Justice or the Defendant, as the case may be, to adequately prepare and file an appropriate pleading.

## Prayer

10. Accordingly, the Defendant requests that that the response date in this proceeding be established as the later of 60 days after the date of service upon the United States or the date that the Department of Justice declines to provide the Defendant with representation and for such other relief as is just.

**Dated: November 24, 2023.**

Respectfully submitted,

_____
David R. Jones, *Pro se*
6530 Rolla Street
Houston, Texas 77055
(713) 256-9285

## Certificate of Service

I hereby certify that on November 24, 2023, a copy of the foregoing was served by United States first mail to Michael D. Van Deelen, 16215 Friar Circle, Spring, Texas 77379; and by electronic transmission on to all registered CM/ECF users appearing in the case.

_____
David R. Jones

## Certificate of Conference

I hereby certify that the parties have not conferred in accordance with Local Rule 7.1(D). Under the circumstances, until such time as counsel is engaged, the Defendant does not believe that the purpose of the local rule would be furthered, safe or productive.

_____
David R. Jones