FILED
United States District Court
Southern District of Texas

JAN 23 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
    DEPUTY CLERK

ENTERED
January 24, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL D. VAN DEELEN, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> DAVID R. JONES, ELIZABETH § <br> CAROL FREEMAN, JACKSON § <br> WALKER, LLP, KIRKLAND & § <br> ELLIS, LLP, AND KIRKLAND & § <br> ELLIS INTERNATIONAL, § <br> LLP, § <br> § <br> Defendants. § | Case No. 4:23-CV-03729-AM |

## ORDER

Before the Court is the status of this case. On December 29, 2023, Defendant David R. Jones filed a Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6). (ECF No. 9.) Subsequently, the Plaintiff filed his First Amended Complaint (ECF No. 10) and a Response to the Motion to Dismiss (ECF No. 11), arguing *inter alia* that the amended pleading moots the Motion to Dismiss.

"An amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading." *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994). Consequently, filing an amended complaint will moot a pending motion unless "some defects raised in the original motion remain in the new pleading." 6 CHARLES ALAN WRIGHT & ARTHUR R. MILLER, FEDERAL PRACTICE & PROCEDURE § 1476 (3d ed. Nov. 2018); *accord Hymes v. AmCap Mortg., Ltd.*, No. CV H-19-515, 2019 WL 1748678, at *1 (S.D. Tex. Apr. 18, 2019).

1

Upon consideration of the above, and for clarity for the Court and the parties, it is **ORDERED** that within seven (7) days of the entry of this Order, Defendant Jones shall inform the Court about whether he intends to file a new motion to dismiss or rely on the arguments outlined in his initial motion, in which latter case the Court will evaluate its mootness.

SIGNED AND ENTERED this 23rd day of January, 2024.

_____
ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE