IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL D. VAN DEELEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 4:23-CV-03729 |
| | § | |
| DAVID R. JONES et al., | § | |
| | § | |
| Defendants. | § | |

### DAVID R. JONES' RESPONSE REGARDING AMENDED COMPLAINT

**To the Honorable Alia Moses,**
**Chief United States District Judge:**

As instructed in the Court's Order entered January 23, 2024, at Docket No. 12, David R. Jones, *pro se*, (the "Defendant") states that he intends to file a new motion to dismiss the Plaintiff's amended complaint.

**Dated: January 29, 2024.**

Respectfully submitted,

_____
David R. Jones, *Pro se*
6530 Rolla Street
Houston, Texas 77055
(713) 256-9285

### Certificate of Service

I hereby certify that on January 29, 2024, a copy of the foregoing was served by electronic transmission to all registered CM/ECF users appearing in the case.

_____
David R. Jones