United States District Court
Southern District of Texas
FILED
ENTERED
February 28, 2024
FEB 27 2024
Nathan Ochsner, Clerk
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL D. VAN DEELEN, § § Plaintiff, § § v. § § DAVID R. JONES, ELIZABETH § CAROL FREEMAN, JACKSON § WALKER, LLP, KIRKLAND & § ELLIS, LLP, AND KIRKLAND & § ELLIS INTERNATIONAL, § LLP, § § Defendants. § | Case No. 4:23-CV-03729-AM |

## ORDER

Before the Court is the status of various filings that contain individuals' home addresses. Without question, "[t]he public's right of access to judicial proceedings is fundamental." *Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 418 (5th Cir. 2021). When, however, "the interest in protecting the private information of . . . individuals far outweighs the public's interest in their home addresses," it is appropriate to shield that information from public view. *Martinez v. Texas Dep't of Crim. Just.*, No. 3:21-CV-00258, 2022 WL 2834294, at *1 (S.D. Tex. July 20, 2022) (sealing filings containing litigants' home addresses). Courts must make such redactions with surgical precision, going "document-by-document" to protect only a limited range of information to which the public is not entitled. *Le*, 990 F.3d at 419 (citing *United States v. Sealed Search Warrants*, 868 F.3d 385, 396 (5th Cir. 2017)).

Here, the Court finds that the continued publicity of the litigants' home addresses presents security concerns that far outweigh the public's interest in that information. The Court therefore **ORDERS** as follows:

1

1. The Clerk **SHALL** place the following filings under seal and make them available only to the parties in this case: **ECF Nos. 1, 3, 6, 7, 9, 10, 11, and 19**.

2. The Plaintiff and Defendant Jones are each **ORDERED** to file a pleading by 11:59 p.m. on Monday, March 4, 2024, titled "Redacted Filings Available for Public Review." Their respective filings should attach, as clearly identified exhibits, redacted copies of ECF Nos. 1, 3, 6, 10, 11 (in the Plaintiff's filing); and ECF Nos. 7, 9, and 19 (in Defendant Jones's filing). The only information to be redacted from these documents are individuals' home addresses.

3. On all future filings in this case that contain individuals' home addresses, the parties **SHALL** redact said addresses and file an unredacted copy under seal.

**IT IS SO ORDERED.**

SIGNED AND ENTERED this 27th day of February, 2024.

_____
ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE