IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Michael D. Van Deelen,<br><br>    Plaintiff,<br><br>v.<br><br>David R. Jones, Elizabeth Carol Freeman, Jackson Walker, LLP, Kirkland & Ellis, LLP, and Kirkland & Ellis International, LLP,<br><br>    Defendants. | Civil Action<br>No. 4:23-cv-3729 |

**AMENDED REDACTED FILINGS AVAILABLE FOR PUBLIC
<u>REVIEW (DEFENDANT DAVID R. JONES FILINGS)</u>**

In accordance with the Court's Order of February 27, 2024, defendant David R. Jones attaches, as Exhibits 1, 2 and 3, respectively, redacted forms of his prior filings docketed at ECF Nos. 7, 9 and 19.

*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK.*

Dated:  February 29, 2024

Respectfully submitted,

**McKool Smith, PC**

*/s/ John J. Sparacino*
John J. Sparacino (SBN 18873700)
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile (713) 485-7344
jsparacino@mckoolsmith.com

Gary Cruciani (SBN 05177300)
gcruciani@mckoolsmith.com
Patrick William Pijls (SBN 24118501)
ppijls@mckoolsmith.com
McKool Smith, PC
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

***Counsel for David R. Jones***

4875-3428-2665

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify, that on 29th day of February, 2024 the foregoing instrument was served by electronic transmission to all registered CM/ECF users appearing in the case.

*/s/ John J. Sparacino*
John J. Sparacino

4875-3428-2665