IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Michael D. Van Deelen | § | Civil Action No. 4:23-cv-3729 |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| David R. Jones, Elizabeth Carol Freeman, | § | |
| Jackson Walker, LLP, Kirkland & Ellis, LLP, | § | |
| and Kirkland & Ellis International, LLP | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT JACKSON WALKER'S NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that Russell Hardin, Jr., Leah Graham, Jennifer E. Brevorka, and Emily Smith of the law firm of Rusty Hardin & Associates, LLP hereby enter their appearance as counsel of record for Jackson Walker, LLP. Russell Hardin, Jr. is hereby designated as lead trial counsel for Jackson Walker, LLP.

Copies of all notices, pleadings, and other documents relating to this action should be served on Russell Hardin, Jr., Leah Graham, Jennifer E. Brevorka, and Emily Smith at the following address:

Russell Hardin, Jr.
Leah Graham
Jennifer E. Brevorka
Emily Smith
RUSTY HARDIN & ASSOCIATES, LLP
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800
Email: rhardin@rustyhardin.com
Email: lgraham@rustyhardin.com
Email: jbrevorka@rustyhardin.com
Email: esmith@rustyhardin.com

Respectfully submitted,

By: /s/ Rusty Hardin
Russell Hardin, Jr.
State Bar No. 08972800
Federal I.D. No. 19424
Leah Graham
State Bar No. 24073454
Federal I.D. No. 2192848
Jennifer E. Brevorka
State Bar No. 24082727
Federal I.D. No. 1725400
Emily Smith
State Bar No. 24083876
Federal I.D. No. 1890677
RUSTY HARDIN & ASSOCIATES, LLP
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800
Email: rhardin@rustyhardin.com
Email: jbrevorka@rustyhardin.com
Email: lgraham@rustyhardin.com
Email: esmith@rustyhardin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2024, a true and correct copy of the above pleading filed via the CM/ECF system which served the document on all counsel of record.

/s/ Jennifer E. Brevorka
Jennifer E. Brevorka