UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL D. VAN DEELEN | § | |
| VS. | § | CASE NO. 4:23-CV-3729 |
| DAVID R. JONES, ELIZABETH CAROL FREEMAN, JACKSON WALKER, LLP, KIRKLAND & ELLIS, LLP, AND KIRKLAND & ELLIS INTERNATIONAL, LLP | § | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **GREGORY D. TORRES** in the above listed cause of action and files this his Notice of Appearance of Co-Counsel.

Counsel would request that all future notices be sent directly to him.

Respectfully submitted,

**GREGORY D. TORRES**
**ATTORNEY AT LAW, P.L.L.C.**
457 Jefferson Street
Eagle Pass, Texas 78852
Telephone: (830) 773-6811
Facsimile : (830) 773-6469
Email: g_torres_law@hotmail.com

By:_____
Gregory D. Torres
State Bar No. 00791802

ATTORNEY FOR DEFENDANTS
KIRKLAND & ELLIS, LLP AND
KIRKLAND AND ELLIS
INTERNATIONAL, LLP

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was forwarded to all parties on March 14, 2024.

_____
Gregory D. Torres