UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Michael D. Van Deelen,<br><br>    Plaintiff,<br><br>v.<br><br>David R. Jones, Elizabeth Carol Freeman,<br>Jackson Walker, LLP, Kirkland & Ellis, LLP,<br>and Kirkland & Ellis International, LLP,<br><br>    Defendant(s). | )<br>)<br>)<br>)<br>)<br>)   Case No. 4:23-cv-3729<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF JACQUELINE M. FURLOW IN SUPPORT OF DEFENDANTS
KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP'S
<u>MOTION FOR SANCTIONS PURSUANT TO RULE 11</u>**

## DECLARATION OF JACQUELINE M. FURLOW

I, Jacqueline M. Furlow, make this declaration pursuant to 28 U.S.C. § 1746 under penalty of perjury. I have personal knowledge of the facts stated herein.

1. I am a partner with the law firm of Beck Redden LLP and one of the counsel of record for Defendants Kirkland & Ellis LLP and Kirkland & Ellis International LLP in the above-captioned lawsuit. As a result of that representation, I have personal knowledge of the facts stated herein.

2. Attached as **Exhibit 1** is a true and correct copy of a Wall Street Journal article I believe to be cited at paragraph 62 of the First Amended Complaint ("FAC"), entitled "Bankruptcy Judge Jones Named in a Lawsuit Over Romantic Relationship With Local Lawyer," last updated October 7, 2023, available at https://www.wsj.com/articles/bankruptcy-judge-jones-named-in-a-lawsuit-over-romantic-relationship-with-local-lawyer-71df2c00.

3. Attached as **Exhibit 2** is a true and correct copy of a U.S. News article cited at paragraph 27 of the FAC, entitled "Exclusive-Law Firm Tied to Bankruptcy Judge Resignation Did Not Make Conflict Disclosures – Data Analysis," October 30, 2023, available at https://www.usnews.com/news/top-news/articles/2023-10-30/exclusive-law-firm-tied-to-bankruptcy-judge-resignation-did-not-make-conflict-disclosures-data-analysis.

4. Attached as **Exhibit 3** is a true and correct copy of a Financial Times article cited at paragraphs 20 and 70 of the FAC, entitled "The Downfall of the Judge who Dominated Bankruptcy in America," November 21, 2023, available at https://www.ft.com/content/574f0940-d82e-4e4a-98bd-271058cce434.

I declare under penalty of perjury that the foregoing is true and correct.

- 3 -

Executed on this 23ⁿᵈ day of February, 2024, at Houston, Texas.

_____
Jacqueline M. Furlow, Declarant