# EXHIBIT 2

2/22/24, 1:30 PM
Exclusive-Law Firm Tied to Bankruptcy Judge Resignation Did Not Make Conflict Disclosures -Data Analysis

Case 4:23-cv-03729 Document 41-3 Filed on 03/18/24 in TXSD Page 2 of 12

  NEWS Sign In

    
# Exclusive-Law Firm Tied to Bankruptcy Judge Resignation Did Not Make Conflict Disclosures -Data Analysis

By Reuters | Oct. 30, 2023 |

Save | Comment



**REUTERS**

FILE PHOTO: U.S. Bankruptcy Judge David Jones, who oversees more major Chapter 11 cases than any other U.S. judge, is seen in a screenshot from video shot during a virtual interview with Reuters done from Houston, Texas, U.S. December 11, 2020. REUTERS/Staff//File Photo

By Tom Hals

WILMINGTON, Delaware (Reuters) - A Texas law firm did not follow standard disclosure practices in at least 27 cases that might have revealed its former partner was secretly in a romantic relationship with U.S. Bankruptcy Judge David Jones while the firm was appearing before him, a data analysis by Reuters has found.



Recommended Videos — Powered by AnyClip

NOW PLAYING

Nvidia Predicts Sale… | Most Fed Officials… | Apple Developing N… | Fed's Barr Says Pat… | Super Bowl Parade…

Jackson Walker, a firm with nearly 500 lawyers and deep roots in the state, failed to disclose in court filings in major bankruptcy cases including oilfield services company McDermott International whether it had checked for connections between its attorneys and any judges on the Houston court, according to a review of the docket.

Jones announced his resignation on Oct. 15 after publicly acknowledging he had been living for years with his longtime romantic partner Elizabeth Freeman, who until December was a partner at Jackson Walker.

Court records show Jones approved millions of dollars in fees for Jackson Walker, the leading local counsel firm for corporate debtors filing for bankruptcy in Houston since 2019, according to Bankruptcydata.com. Freeman became a partner in 2018.

Freeman also worked as a contract lawyer for Jackson Walker after leaving the firm. In April, she secured a key role in a mediation overseen by Jones to wind down insurance-services provider GWG Holdings, a job that started at $100,000 a month. Jones and Jackson Walker signed off on the arrangement without disclosing the relationship, court papers show.

Jones' announcement of his resignation, due to take effect Nov. 15, rocked the corporate bankruptcy world. Until then he was the busiest bankruptcy judge in the United States, overseeing the dissolution or restructuring of

2/22/24, 1:30 PM  Exclusive-Law firm tied to bankruptcy judge resignation did not make conflict disclosures - Data Analysis

Case 4:23-cv-03729 Document 41-3 Filed on 03/18/24 in TXSD Page 4 of 12

corporate titans ranging from Neiman Marcus to J.C. Penney. The judge's announcement led to the reassignment of 3,500 cases.



A spokesperson for Jackson Walker and Tom Kirkendall, an attorney for Freeman, declined to comment.

Jones did not respond to a request for comment left with his chambers.

After allegations about the undisclosed relationship surfaced this month in a court filing by a litigant challenging an order by Jones, the judge acknowledged the relationship with Freeman in an interview with the Wall Street Journal. He said he believed he was not required to disclose the connection because Freeman did not appear in his courtroom, there was no economic benefit to him from her legal work and the two are not married.

Jackson Walker said in a statement following Jones' public acknowledgement that it first learned in March 2021 of an allegation of a romantic relationship between the judge and Freeman, who joined the firm after six years working as a clerk for Jones.

Jackson Walker said it investigated the allegation and consulted with outside ethics experts, and instructed Freeman not to work or bill on any cases before Jones. It did not identify the ethics experts it consulted or say what it learned from the investigation.

REQUIRED DISCLOSURES

Law firms and other professionals employed by debtors are required under a bankruptcy rule to publicly list potential connections so that judges and other parties in the bankruptcy can assess if there might conflicts of interest.

The rule does not mention judges specifically; it refers to debtors, creditors and "parties in interest." But disclosing connections to judges appears to be a standard practice. In the court filings Reuters reviewed, the larger national law firms that worked for the debtor alongside Jackson Walker always indicated that they had searched for connections to the judges on the bankruptcy court.



Reuters reviewed Jackson Walker's initial applications to represent debtors with at least $1 billion in debt that were filed in Houston since 2018 to the present. The list was compiled by Debtwire.

Jackson Walker filed applications in 30 such cases in Houston during the period, according to the Reuters analysis of court records. In only three applications did it file papers indicating that it had searched for connections to judges, and the firm said it had found none. It was not immediately clear why Jackson Walker searched for connections to judges in these three cases and apparently not the others.

If Jackson Walker lawyers knew of the relationship between Jones and Freeman but failed to report the connection in cases the firm was involved in, they may face accusations of having violated bankruptcy disclosure rules, eight legal experts said. Such violations can result in disgorgement of fees or even, in rare cases, criminal prosecution, they said.

In addition, there could be violations of rules of professional conduct, which require lawyers to report to the state bar association if they became aware of another lawyer whose conduct raises a substantial question about their honesty, the experts said. Violations of the rules could lead to a loss of a license to practice.

These reports are rare, as are findings of violations, the experts said.

A misconduct complaint against Jones filed by the chief judge of the 5th U.S. Circuit Court of Appeals in the wake of Jones' Wall Street Journal interview disputed his characterizations of his disclosure obligations and said there was probable cause that he engaged in misconduct.



The misconduct complaint has prompted the U.S. Department of Justice's bankruptcy watchdog to ask for time to review the propriety of two mediations overseen by Jones: the GWG Holdings case and also a case involving Tehum Care Services, a bankrupt affiliate of prison healthcare company Corizon.

Freeman participated in both mediations.

A lawyer for Tehum did not immediately respond to a request for comment about the judge's resignation and possible delay in the case.

It is unclear if the watchdog's review will have an impact on the case of GWG, since a plan to wind down the company went into effect in August and the official committee of creditors was dissolved. Freeman remains the GWG trustee.

The U.S. Trustee Program watchdog will take action as circumstances warrant in accordance with its statutory responsibilities, a spokesman said in a statement.

Bankruptcy judges often serve as mediators in complex cases that are being run by other judges. In the GWG bankruptcy, Jackson Walker on Nov. 30 asked the judge overseeing the case to appoint Jones as mediator. The next day, Freeman began to work for Jackson Walker as a contract attorney on the case, according to court records.

After months of mediation overseen by Jones, Freeman was appointed to serve as trustee charged with winding down GWG in an agreement signed by Jones and Jackson Walker attorneys. The trustee role was expected to last three years and pay $700 an hour. She was expected to be paid $100,000 a month for the first six months, then $50,000 a month after that, according to court documents.

The U.S. Trustee asked the court last week to delay approval of Jackson Walker's fees in GWG, a request that was granted. The fee hearing had been scheduled for Friday.



"I am both shocked and saddened," said Bruce Markell, a former bankruptcy judge, when Reuters showed him the documents, signed by Jones, that named Freeman as the wind-down trustee.

(Reporting by Tom Hals in Wilmington, Delaware; additional reporting by Dietrich Knauth in New York; editing by Alexia Garamfalvi, Amy Stevens and Grant McCool)

**Copyright 2023 Thomson Reuters**.

2/22/24, 1:30 PM    Exclusive-Law Firm Tied to Bankruptcy Judge Resignation Did Not Make Conflict Disclosures - Data Analysis

Case 4:23-cv-03729 Document 41-3 Filed on 03/18/24 in TXSD Page 7 of 12

## Join the Conversation

See Comments

**Tags:** United States

## Compare Financial Products ⓘ

Initial Deposit    $25,000

**360 PERFORMANCE SAVINGS**                                              SPONSORED

CapitalOne

APY         Min Balance for APY
**4.35%**   **$0**                                                       Get Details

FDIC Insured    Got about 5 minutes? That's all the time it takes to open an account.

**HIGH YIELD CASH ACCOUNT**                                              SPONSORED

Betterment

APY         Min Balance for APY
**5.50%**   **$10**                                                      Get Details

Var. APY as of 7/31/23. Up to 5.50%. New customers only with qualifying deposit. Terms apply. Betterment LLC, not a bank.

**HIGH YIELD SAVINGS ACCOUNT**                                           SPONSORED

RBMAX powered by raisin

APY         Min Balance for APY
**5.32%**   **$1**                                                       Get Details

FDIC Insured    FDIC insured. No fees. $1 minimum deposit.

**UFB SECURE SAVINGS**                                                   SPONSORED

ufb DIRECT

APY         Min Balance for APY
**5.25%**   **$0**                                                       Get Details

As of: 02/22/2024                                                        Ad Disclosure

SMARTASSET.COM

## SPONSORED FINANCIAL CONTENT


**5 Life Events That Can Affect Your Taxes**
Charles Schwab


**50-Year Wall Street Legend: "You Have Just Weeks To Move Your Money"**
Chaikin Analytics


**7 Tips for First-Time Home Buyer**
Charles Schwab


**Experts Warn Americans During An Election Year: "Diversify With Gold"**
FinanceBuzz


**7 Retirement Income Strategies Once Your Portfolio Reaches $500k**
Fisher Investments


**Explore our results-driven target date portfolios now.**
PGIM DC Solutions


**The 15 Richest Counties in the U.S.**
U.S News


**The 10 Largest Cities in the World**
U.S News


**The 25 Best Countries in the World**
U.S News

## Read More

 White House Says FBI, Homeland Security Dept Looking Into AT&amp;T Outage

 Putin to Fly on Modernised Russian Supersonic Strategic Bomber

 Google Suspends Gemini Chatbot's Ability to Generate Pictures of People

2/22/24, 1:30 PM  Exclusive: Law Firm Tied to Bankruptcy Judge Resignation Did Not Make Conflict Disclosures - Data Analysis

Case 4:23-cv-03729 Document 41-3 Filed on 03/18/24 in TXSD Page 9 of 12

![U.S. News & World Report]

## Health News Bulletin

Stay informed on the latest news on health and COVID-19 from the editors at U.S. News & World Report.

Sign up to receive the latest updates from U.S News & World Report and our trusted partners and sponsors. By clicking submit, you are agreeing to our **Terms and Conditions** & **Privacy Policy**.

Email Address

**Sign Up**

**Sign in to manage your newsletters »**

AdChoices  Sponsored

## Conversation

Your voice matters. Discussions are moderated for civility. Read our guidelines **here**. You can edit your display name in our **preference center**.

Log in

Be the first to comment...

**No one seems to have shared their thoughts on this topic yet**

Leave a comment so your voice will be heard first.

Powered by OpenWeb  Terms | Privacy | Feedback

## YOU MAY ALSO LIKE

2/22/24, 1:30 PM Exclusive: Law Firm Tied to Bankruptcy Judge Resignation Did Not Make Conflict Disclosures - Data Analysis

Case 4:23-cv-03729 Document 41-3 Filed on 03/18/24 in TXSD Page 10 of 12

### The 10 Worst Presidents

Not all U.S. presidents are missed once they leave the White House.

**U.S. News Staff** Jan. 26, 2024



### Cartoons on President Donald Trump

Feb. 1, 2017, at 1:24 p.m.



### Photos: Obama Behind the Scenes

A collection of moments during and after Barack Obama's presidency.

April 8, 2022



### Photos: Who Supports Joe Biden?

The former vice president has become the Democratic front-runner with primary victories across the country.

March 11, 2020



### Federal Agencies Investigate AT&T Outage

White House national security spokesman John Kirby said that – as of now – 'we're being told that AT&T has no reason to think that this was a cybersecurity incident.'

**Cecelia Smith-Schoenwalder** Feb. 22, 2024



### U.S. Lunar Landing Attempt Nears

The uncrewed lunar lander is set to touch down on the moon Thursday evening. It would be the first American spacecraft to land on the moon since the end of the Apollo program in 1972.

Cecelia Smith-Schoenwalder   Feb. 22, 2024



### Home Sales Perk Up Ahead to Start 2024

While below expectations, the rise in sales is welcome while prices continue their increase.

Tim Smart   Feb. 22, 2024



### Trump's Money Troubles

Owing hundreds of millions of dollars in legal judgments, the former president's money troubles have extended to his campaign, where he is being outraised by his rival and diverting funds to his lawyer bills.

Susan Milligan   Feb. 21, 2024



### Fed Officials Moving Cautiously on Rates

Minutes of the last meeting show Federal Reserve members are in no hurry to lower rates.

Tim Smart   Feb. 21, 2024



### Biden Cancels $1.2B More Student Debt

Despite the Supreme Court's block of the president's sweeping student loan cancellation plan last summer, providing debt relief to borrowers has remained an administration priority.

Lauren Camera   Feb. 21, 2024



Load More

