UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Michael D. Van Deelen,<br><br>    Plaintiff,<br><br>v.<br><br>David R. Jones, Elizabeth Carol Freeman,<br>Jackson Walker, LLP, Kirkland & Ellis, LLP,<br>and Kirkland & Ellis International, LLP,<br><br>    Defendant(s). | Case No. 4:23-cv-3729 |

## ORDER

Pending before the Court is Defendants Kirkland & Ellis LLP and Kirkland & Ellis International LLP's (collectively, "Kirkland") Motion for Sanctions Pursuant to Rule 11 ("Motion"). Having considered the Motion, response, reply, applicable law and argument of counsel, the Court is of the opinion that the Motion should be GRANTED. The Court, therefore:

FINDS that Plaintiff Michael Van Deelen's factual allegations against Kirkland are frivolous; Plaintiff's RICO claims brought against Kirkland are factually and legally frivolous; and that all of Plaintiff's claims were brought by Plaintiff and Plaintiff's counsel against Kirkland for an improper purpose and with the intent to harass Kirkland;

FINDS that Plaintiff Michael Van Deelen has filed excessive frivolous pleadings and motions related to the bankruptcy of McDermott International, Inc. and otherwise engaged in conduct over the course of the bankruptcy proceeding and related proceedings as detailed in the Motion that is vexatious, abusive of judicial process, harassing, and malicious;

FINDS that relief other than monetary sanctions will not suffice to prevent Plaintiff and Plaintiff's counsel from continuing to pursue frivolous, vexatious and harassing litigation against Kirkland, and that the scope of the relief ordered herein is narrowly prescribed to fit the abuse that this Court seeks to prevent;

ORDERS that Plaintiff and Plaintiff's counsel of record shall pay Kirkland its attorneys' fees and costs incurred in defending this lawsuit, including all attorneys' fees and costs associated with the Motion and Kirkland's Rule 12(b)(6) Motion to Dismiss in an amount to be established; and

ORDERS that Plaintiff and Plaintiff's counsel of record shall pay a penalty into the Court in an amount to be determined by the Court.

SIGNED and ENTERED this ____ day of _____, 2024.

_____
ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE