UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Michael D. Van Deelen,<br><br>    Plaintiff,<br><br>v.<br><br>David R. Jones, Elizabeth Carol Freeman, Jackson Walker, LLP, Kirkland & Ellis, LLP, and Kirkland & Ellis International, LLP,<br><br>    Defendants. | Case No. 4:23-cv-3729 |

### DEFENDANTS KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP'S MOTION TO SEAL

Defendants Kirkland & Ellis LLP and Kirkland & Ellis International LLP ("Kirkland") hereby move to file portions of their Motion to Dismiss under seal. The Motion to Dismiss quotes from a document that was sealed by the Bankruptcy Court: Docket 39, Case No. 20-03309 (Bankr. S.D. Tex.). In addition, because Kirkland seeks only to redact a single quote from the sealed document, "the extent of sealing [i]s congruent to the need." *Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 420 (5th Cir. 2021). While Kirkland does not believe that the information quoted in its motion would independently meet the sealing standard, Kirkland files this motion to avoid public disclosure of information the Bankruptcy Court has sealed. Kirkland has therefore filed a redacted public version of its motion and an unredacted version of its motion under seal.

DATED: March 18, 2024    Respectfully submitted:

*/s/ John C. Hueston*
John Hueston
California Bar No. 164921 (*Pro Hac Vice*)
jhueston@hueston.com
523 West 6th St., Unit 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

*Attorney-in-Charge for Defendants Kirkland & Ellis LLP and Kirkland & Ellis International LLP*

*Of Counsel:*

HUESTON HENNIGAN LLP
Michael Todisco
California Bar No. 315814 (*Pro Hac Vice*)
mtodisco@hueston.com
Karen Ding
California Bar No. 325215 (*Pro Hac Vice*)
kding@hueston.com
523 West 6th St., Unit 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

*/s/ David J. Beck*
BECK REDDEN LLP
David J. Beck
Texas Bar No. 00000070
Federal I.D. No. 16605
dbeck@beckredden.com
Jacqueline M. Furlow
Texas Bar No. 24087551
Federal I.D. No. 2191275
jfurlow@beckredden.com
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

GREGORY D. TORRES
ATTORNEY AT LAW, P.L.L.C.
Texas Bar No. 00791802
g_torres_law@hotmail.com
457 Jefferson Street

Eagle Pass, Texas 78852<br>
Telephone: (830) 773-6811<br>
Facsimile: (830) 773-6469

## CERTIFICATE OF SERVICE

      I hereby certify that, on March 18, 2024, a true and correct copy of this document was served on the following counsel of record via the Court's CM/ECF system and by e-mail in compliance with the Federal Rules of Civil Procedure and Southern District of Texas Local Rule 5.3:

Robert William Clore
Mikell Alan West
Bandas Law Firm, PC
802 N. Carancahua Street, Suite 1400
Corpus Christi, Texas 78401
Telephone: (361) 698-5200
rclore@bandaslawfirm.com
mwest@bandaslawfirm.com
*Counsel for Plaintiff Michael D. Van Deelen*

John J. Sparacino
MCKOOL SMITH, PC
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile (713) 485-7344
jsparacino@mckoolsmith.com

Tom Kirkendall
Law Office of Tom Kirkendall
2 Violetta Court
The Woodlands, Texas 77381
Telephone: (713) 703-3536
bigtkirk@gmail.com
*Counsel for Elizabeth C. Freeman*

Gary Cruciani
Patrick William Pijls
MCKOOL SMITH, PC
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044
gcruciani@mckoolsmith.com
ppijls@mckoolsmith.com
*Counsel for David R. Jones*

Russell Hardin, Jr.
Jennifer Elizabeth Brevorka
Leah Graham
Emily Smith
Rusty Hardin & Associates, LLP
1401 McKinney Street, Ste. 2250
Houston, TX 77010
rhardin@rustyhardin.com
jbrevorka@rustyhardin.com
lgrahm@rustyhardin.com
esmith@rustyhardin.com
*Counsel for Jackson Walker LLP*

By: */s/ Jacqueline M. Furlow*
      Jacqueline M. Furlow