UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Michael D. Van Deelen,<br><br>    Plaintiff,<br><br>v.<br><br>David R. Jones, Elizabeth Carol Freeman, Jackson Walker, LLP, Kirkland & Ellis, LLP, and Kirkland & Ellis International, LLP,<br><br>    Defendants. | Case No. 4:23-cv-3729 |

## [PROPOSED] ORDER RE MOTION TO SEAL

Pending before the Court is Defendants Kirkland & Ellis LLP and Kirkland & Ellis International LLP's Motion to Seal portions of their Motion to Dismiss. (Dkt. No. ___). After reviewing the motion, the record, and the applicable law, the Court hereby GRANTS the motion.

It is SO ORDERED.

SIGNED and ENTERED this ___ day of _____, 2024.

_____
Alia Moses
Chief United States District Judge