IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Michael D. Van Deelen,<br><br>Plaintiff,<br><br>v.<br><br>David R. Jones, Elizabeth Carol Freeman, Jackson Walker, LLP, Kirkland & Ellis, LLP, and Kirkland & Ellis International, LLP | Civil Action File<br>No. 4:23-cv-3729<br><br><br>Jury Trial Demanded |

### ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTIONS TO DISMISS AND MOTION FOR SANCTIONS

BE IT REMEMBERED that on the _____ day of _____, 2024, came for consideration Plaintiff's Motion for Extension of Time to File Response to Motion to Dismiss and Motion for Sanctions.

The Court, after considering the Motion, ORDERS that Plaintiff Michael D. Van Deelen's deadline to file his response to Defendants' Motions to Dismiss and Motion for Sanctions is extended until _____.

SIGNED AND ENTERED on this the _____ day of _____, 2024

_____
UNITED STATES DISTRICT JUDGE