IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Michael D. Van Deelen, <br><br> Plaintiff, <br><br> v. <br><br> David R. Jones, Elizabeth Carol Freeman, Jackson Walker, LLP, Kirkland & Ellis, LLP, and Kirkland & Ellis International, LLP | Civil Action File <br> No. 4:23-cv-3729 <br><br><br> Jury Trial Demanded |

To the Honorable Alia Moses,
Chief United States District Judge:

### DECLARATION OF MIKELL WEST IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTIONS TO DISMISS AND MOTION FOR SANCTIONS

I, Mikell A. West, declare and state as follows:

1. I, along with Robert Clore, represent Michael Van Deelen in the above-captioned litigation. I am a member of the State Bar of Texas and am admitted to the United States District Court, Southern District of Texas. I am over 21 years of age and am not a party to this action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.	I submit this Declaration in support of Plaintiff's Motion for Extension of Time to File Responses to Motions to Dismiss and Motion for Sanctions.

3.	In the interest of judicial efficiency and professional courtesy, on behalf of Plaintiff, I requested Defendants Kirkland & Ellis, Freeman, and Jackson Walker waive service of summons pursuant to Rule 4 of the Federal Rules of Civil Procedure. In doing so, each of these Defendants was allowed 60 days after such request to file their responsive pleadings, as opposed to 21 days after formal service—effectively extending each their response deadline by 39 days.

4. Here, there is good cause for an extension, and Plaintiff cannot reasonably file adequate responses to the five motions within the time allotted despite the exercise of diligence. Collectively, Defendants have filed 140 pages of briefing plus hundreds of pages in exhibits. Plaintiff's two counsel of record, myself and Robert Clore, have worked on and prepared an outline for a response to Kirkland & Ellis' motion for sanctions, and have preliminarily reviewed the four motions to dismiss. However, we spent the week of March 18, 2024, at trial and assisting with trial in Case No. 2:21-cv-31, *Robert M. Loera v. Kingsville Independent School District*, in the United States District Court for the Southern District of Texas—Corpus Christi Division, in which our firm secured a verdict for the Plaintiff on both Section 1983 and Title IX claims.

5.	Additionally, Mr. Clore and I are scheduled to travel to California April 8–10, in connection with oral argument before the Ninth Circuit in *In re Volkswagen*, Appeal No. 22-16898 (oral argument scheduled for April 10, 2024). I am also preparing for a trial

scheduled the week of April 23, 2024, in Cause No. 2022CCV-60452-2, *Maria Juana Barrientes v. Alvin Regan and Bruno's Bath House, LLC,* in County Court at Law No. 2, Nueces County, Texas. I also have numerous additional professional obligations over the next several weeks, including but not limited to:

- March 29, 2024 – Mediation in Cause No. 22-163-D; *Carl Hooker v. State Farm Lloyds, Inc., and Leslie Hakala*, in the 105th District Court, Kleberg County, Texas
- April 2, 2024 – Mediation in Cause No. 2022CCV-60452-2, *Maria Juana Barrientes v. Alvin Regan and Bruno's Bath House, LLC,* in County Court at Law No. 2, Nueces County, Texas
- April 4-5, 2024 – Depositions in Cause No. 2022CCV-60452-2, *Maria Juana Barrientes v. Alvin Regan and Bruno's Bath House, LLC,* in County Court at Law No. 2, Nueces County, Texas
- April 5, 2024 – Hearing in Cause No. 2022DCV-2317-E, *Nye Holdings, LLC, et al. v. Frederick Meyer, et al.*, in the 148th District Court, Nueces County, Texas;

6. Additionally, the Bandas Law Firm, P.C., offices are closed March 29, 2024, and April 1, 2024, in observance of the Easter holiday.  Mr. Clore is a single parent and is responsible for the care of his two minor children on those dates.  I also have planned family activities with his wife and their six children over the holiday weekend.

I swear under the penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of March, 2024, at Corpus Christi, Texas.

/s/ Mikell A. West

3