United States District Court
Southern District of Texas
**FILED**
**ENTERED**
March 28, 2024
Nathan Ochsner, Clerk

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL D. VAN DEELEN, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> DAVID R. JONES, ELIZABETH § <br> CAROL FREEMAN, JACKSON § <br> WALKER, LLP, KIRKLAND & § <br> ELLIS, LLP, AND KIRKLAND & § <br> ELLIS INTERNATIONAL, § <br> LLP, § <br> § <br> Defendants. § | Case No. 4:23-CV-03729-AM |

### ORDER SETTING MOTIONS HEARING

It is **ORDERED** that the above entitled and numbered case is set for a motions hearing in Courtroom 1, on the 2nd floor, U.S. Courthouse, 111 E. Broadway, Del Rio, TX, on Thursday, June 6, 2024, at 2:00 PM. The parties shall be prepared to present arguments on the following pending motions:

- Defendant David R. Jones's Motion to Dismiss (ECF No. 39)
- Defendant Kirkland & Ellis's Motion for Sanctions (ECF No. 41)
- Defendant Kirkland & Ellis's Motion to Dismiss (ECF No. 42)
- Defendant Elizabeth Carol Freeman's Motion to Dismiss (ECF No. 45)
- Defendant Jackson Walker's Motion to Dismiss (ECF No. 46)

SIGNED and ENTERED on this 28th day of March 2024.

_____
ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE