**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Michael D. Van Deelen, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:23-cv-3729 |
| v. | ) | |
| | ) | Related Case: 4:24-cv-00693 |
| David R. Jones, Elizabeth Carol Freeman, | ) | |
| Jackson Walker, LLP, Kirkland & Ellis, LLP, | ) | |
| and Kirkland & Ellis International, LLP, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP'S NOTICE OF RELATED CASE

Defendants Kirkland & Ellis LLP and Kirkland & Ellis International LLP ("Kirkland") give notice pursuant to LR 5.2 that the above-captioned case is related to the following case pending in the Southern District of Texas:

Morton S. Bouchard, III, Individually and as Co-Trustee for the
Morton S. Bouchard III 2017 Family Trust

v.

David R. Jones, Elizabeth Carol Freeman, Jackson Walker, LLP,
Kirkland & Ellis, LLP, Kirkland & Ellis International, LLP,
Portage Point Partners, LLC, and Matthew Ray

Case No. 4:24-cv-00693, filed February 26, 2024

Kirkland believes these cases are related because: (1) they involve common events and occurrences—namely, allegations of an intimate relationship between former Chief Judge of the Bankruptcy Court for the Southern District of Texas, David R. Jones, and law firm partner Elizabeth Freeman of Jackson Walker LLP and an alleged conspiracy between Jones, Freeman, Jackson Walker, and Kirkland to exploit that alleged relationship; (2) they share common parties, in that Jones, Freeman, Jackson Walker, and Kirkland are defendants in both cases; and (3) they involve common legal issues,

- 1 -

6631474

including but not limited to the application of Bankruptcy Rule 2014 and the Racketeer Influenced and Corrupt Organizations Act.

DATED: April 8, 2024

Respectfully submitted:

*/s/ John Hueston*
John Hueston
California Bar No. 164921 (*Pro Hac Vice*)
jhueston@hueston.com
620 Newport Center Dr., Suite 1300
Newport Beach, CA 92260
Telephone: (949) 229-8640
Facsimile: (888) 866-4825

*Attorney-in-Charge for Defendants Kirkland & Ellis LLP and Kirkland & Ellis International LLP*

*Of Counsel:*

HUESTON HENNIGAN LLP
Michael Todisco
California Bar No. 315814 (*Pro Hac Vice*)
mtodisco@hueston.com
Karen Ding
California Bar No. 325215 (*Pro Hac Vice*)
kding@hueston.com
523 West 6th St., Unit 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

BECK REDDEN LLP
David J. Beck
Texas Bar No. 00000070
Federal I.D. No. 16605
dbeck@beckredden.com
Jacqueline M. Furlow
Texas Bar No. 24087551
Federal I.D. No. 2191275
jfurlow@beckredden.com
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

GREGORY D. TORRES
ATTORNEY AT LAW, P.L.L.C.
Texas Bar No. 00791802
g_torres_law@hotmail.com
457 Jefferson Street
Eagle Pass, Texas 78852
Telephone: (830) 773-6811
Facsimile: (830) 773-6469

NOTICE OF RELATED CASE

6631474

## CERTIFICATE OF SERVICE

I hereby certify that, on April 8, 2024, a true and correct copy of this document was served on the following counsel of record via the Court's CM/ECF system and by e-mail in compliance with the Federal Rules of Civil Procedure and Southern District of Texas Local Rule 5.3:

Robert William Clore
Mikell Alan West
Bandas Law Firm, PC
802 N. Carancahua Street, Suite 1400
Corpus Christi, Texas 78401
Telephone: (361) 698-5200
rclore@bandaslawfirm.com
mwest@bandaslawfirm.com

Michael J Bagley
The Bagley Law Firm
310 Margaret Lane
Del Rio, TX 78840
Telephone: (830) 422-2970
m1990@juno.com

*Counsel for Plaintiff Michael D. Van Deelen*

John J. Sparacino
MCKOOL SMITH, PC
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile (713) 485-7344
jsparacino@mckoolsmith.com

Gary Cruciani
Patrick William Pijls
MCKOOL SMITH, PC
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044
gcruciani@mckoolsmith.com
ppijls@mckoolsmith.com

*Counsel for David R. Jones*

Thomas M. Kirkendall
2 Violetta Court
The Woodlands, TX 77381-4550
Telephone: (281) 364-9946
bigtkirk@kir.com

*Counsel for Elizabeth Carol Freeman*

Tom Kirkendall
Law Office of Tom Kirkendall
2 Violetta Court
The Woodlands, Texas 77381
Telephone: (713) 703-3536
bigtkirk@gmail.com
*Counsel for Elizabeth C. Freeman*

Russell Hardin, Jr.
Jennifer Elizabeth Brevorka
Leah Graham
Emily Smith
Rusty Hardin & Associates, LLP 1401
McKinney Street, Ste. 2250 Houston,
TX 77010
rhardin@rustyhardin.com
jbrevorka@rustyhardin.com
lgrahm@rustyhardin.com
esmith@rustyhardin.com

*Counsel for Jackson Walker LLP*

By: */s/ Sonia Gaeta*
Sonia Gaeta

NOTICE OF RELATED CASE

6631474