# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

| | |
|---|---|
| Michael D. Van Deelen, )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>David R. Jones, Elizabeth Carol Freeman, )<br>Jackson Walker, LLP, Kirkland & Ellis, )<br>LLP, and Kirkland & Ellis International, )<br>LLP, )<br>)<br>   Defendants. )<br>)<br>)<br>) | Case No. 4:23-cv-3729 |

## DEFENDANTS KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP'S MOTION TO MOVE THE JUNE 6, 2024 MOTION HEARING DATE

Defendants Kirkland & Ellis LLP and Kirkland & Ellis International LLP ("Kirkland") file this motion to reschedule the June 6, 2024 hearing on Kirkland's Motion to Dismiss and Motion for Sanctions. *See* Dkt. 50. As explained below, Kirkland's lead counsel has a pre-existing conflict on that date and, despite prompt and good-faith efforts, the parties were unable to find a mutually workable and agreeable date on which to hear all pending motions. *See* Declaration of Michael H. Todisco ("Todisco Decl.") ¶¶ 2–5.

## ARGUMENT

Kirkland respectfully requests that the Court reschedule the June 6 motion hearing in light of lead counsel's direct and pre-existing conflict: a June 6 summary judgment hearing in the Central District of California.  On February 29, 2024—roughly one month before the hearing date in this case was set—Judge Fernando Olguin scheduled a hearing for June 6, 2024 at 10:00 a.m. PT in Los Angeles, California in *Entertainment Studios Networks, Inc. v. McDonald's USA, LLC*, No. 2:21-cv-04972 (C.D. Cal.).  *See* Todisco Decl., Ex. A.  Kirkland's lead counsel John Hueston—Kirkland's "attorney-in-charge" under Local Rule 11.1 and the attorney who will argue on Kirkland's behalf at the upcoming hearings—is also set to argue the summary judgment motion for McDonald's.  *See* Todisco Decl. ¶¶ 3–4.  Kirkland's counsel thus has a direct and irreconcilable conflict: two hearings in different federal courts on the same day, one in California and one in Texas, with the California hearing set first.

Upon recognizing this conflict, Kirkland acted promptly.  The day after the Court set the June 6 hearing, Kirkland informed the other parties of this conflict and sought a stipulation to move the hearing, initially to June 5, 10, 11 or 14 and, subsequently, to June 18 or 19.  *See* Todisco Decl. ¶ 5 & Ex. B at 2–5.  Between March 28, 2024 (the date of the Court's order scheduling the motions hearing) and April 10, 2024 (the date this motion is being filed), Kirkland worked diligently with each of the parties—sending multiple emails to each counsel group and following up on several occasions as the parties' respective calendars changed—to find a date that worked for all parties for a hearing on each of the

scheduled motions.  *See* Todisco Decl. ¶ 6.  Despite these efforts, no single date worked for all parties.  *See* Todisco Decl. ¶ 6 & Ex. B.

Given the parties' various conflicts in June, Kirkland proposed moving the hearing date to any of twelve dates in early-to-mid July—the first dates available following a two-week arbitration on the calendar for Jackson Walker's lead counsel in late June.  *See* Todisco Decl. ¶ 5 & Ex. B at 1–2.  After these July dates were proposed, Jones's counsel stated that they would oppose pushing the hearing date on Jones's motion past mid-June.  *See* Todisco Decl. Ex. B at 1 ("While we were amenable to pushing the hearing setting out as far as June 14 as indicated in my email of Friday, we are not agreeable to any further pushing of consideration of Jones' 12(b) motion.").  Later, counsel for Jackson Walker also noted their opposition to the July dates.  *See* Todisco Decl. ¶ 5.

While Kirkland is likewise eager for its motions to be heard, it respectfully requests that the hearing be rescheduled to accommodate its lead counsel's direct and pre-existing conflict.  A lead counsel's "irreconcilable scheduling conflict with another case" is a textbook example of when such relief is appropriate.  *Teleguz v. Pearson*, 2013 WL 3009325, at *6 (W.D. Va. June 17, 2013); *id.* (noting that the court had rescheduled a hearing to accommodate lead counsel's conflict).  Lead counsel's ability to participate is particularly important for significant litigation events, such as the dispositive motions scheduled to be heard here.  *See, e.g.*, *Seabrook Med. Sys., Inc. v. Baxter Healthcare Corp.*, 164 F.R.D. 232, 233 (S.D. Ohio 1995) (ordering deposition be rescheduled for two "valid and reasonable" reasons: (1) "counsel had a Court hearing (in another case) already scheduled for the selected date; and (2) his client . . . found the [] deposition important, and

therefore wanted him to attend the deposition"). In fact, in this District, "counsel-in-charge" is generally *required* to attend hearings. L.R. 11.3.[1]

Rescheduling this hearing for July will not cause any prejudice. As much as any party, Kirkland wants these allegations to be resolved as soon as possible—a point that Kirkland made clear in its motions. *E.g.*, Dkt. No. 44 at 44. But while the "generalized desire" to promptly "resolve [an] action is understandable," it does not "constitute prejudice" under the Federal Rules. *Bartels v. S. Motors of Savannah, Inc.*, 2015 WL 4111894, at *1 (S.D. Ga. July 7, 2015).

Recognizing the difficulties inherent in scheduling a multi-party hearing,[2] Kirkland endeavored to gather the parties' availability for July prior to filing this motion. If the Court is inclined to move the hearing on some or all of the pending motions, the parties have overlapping availability on July 9, 10, 11, and 15.[3] *See* Todisco Decl. ¶ 6. And while Kirkland has attempted to find a single date for all calendared motions (consistent with the Court's initial order), Kirkland would not oppose Jones's request to keep the June 6 hearing

---

[1] Additionally, these allegations will not be entirely resolved by the current June 6 hearing date because Plaintiff's counsel filed a materially similar complaint—alleging the same basic "RICO" conspiracy against this same defendant group—in the separate and later-filed case of *Bouchard v. Jones, et al.*, No. 4:24-cv-00693 (S.D. Tex.). *See also* Dkt. 53 (notice of related case). Defendants' motions to dismiss in *Bouchard* are not even due until the period between April 29 and May 13. *See* No. 4:24-cv-00693, Dkt. Nos. 3, 4, and 5.

[2] *See, e.g.*, *Schallehn v. Cent. Tr. & Sav. Bank*, 877 F. Supp. 1315, 1320 (N.D. Iowa 1995) ("[C]ourts are confronted with overburdened dockets and attorneys have difficult scheduling problems of their own even apart from attempting to coordinate the appearance of counsel for multiple parties.").

[3] As noted above, both Jones and Jackson Walker oppose moving the hearing date to July. Counsel for both parties provided their availability for these July dates for efficiency's sake (despite their objection to moving the hearing to those dates) to facilitate any scheduling order that may arise out of this motion and to avoid additional conflicts with any such dates. *See* Todisco Decl. ¶ 6.

date for Jones's motion, while rescheduling the other Defendants' motions for a later date. While Kirkland defers to the Court's preferred procedure, it notes that Jones's motion turns on a single issue—judicial immunity—that is not implicated by any of the other Defendants' motions. *See* Dkt. 39 at 7–15.

***

Kirkland respectfully requests that the Court grant this request so that its lead counsel can participate at the hearing on these important motions.

DATED: April 10, 2024                    Respectfully submitted:

*/s/ John Hueston*
HUESTON HENNIGAN LLP
John Hueston
California Bar No. 164921 (*Pro Hac Vice*)
jhueston@hueston.com
620 Newport Center Dr., Suite 1300
Newport Beach, CA 92260
Telephone: (949) 229-8640
Facsimile: (888) 866-4825

*Attorney-in-charge for Kirkland & Ellis LLP and Kirkland & Ellis International LLP*

*Of counsel:*

HUESTON HENNIGAN LLP
Michael H. Todisco
California Bar No. 315814 (*Pro Hac Vice*)
mtodisco@hueston.com
Karen Ding
California Bar No. 325215 (*Pro Hac Vice*)
kding@hueston.com
523 West 6th St., Unit 400
Los Angeles, CA 90014

Telephone: (213) 788-4340
Facsimile: (888) 866-4825

BECK REDDEN LLP
David J. Beck
Texas Bar No. 00000070
dbeck@beckredden.com
Jacqueline M. Furlow
Texas Bar No. 24087551
jfurlow@beckredden.com
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

GREGORY D. TORRES
ATTORNEY AT LAW, P.L.L.C.
Texas Bar No. 00791802
g_torres_law@hotmail.com
457 Jefferson Street
Eagle Pass, Texas 78852
Telephone: (830) 773-6811
Facsimile: (830) 773-6469

*Attorneys for Kirkland & Ellis LLP and Kirkland & Ellis International LLP*

- 7 -

## CERTIFICATE OF CONFERENCE

Kirkland & Ellis LLP and Kirkland & Ellis International LLP have conferred in good faith with each other party's counsel in an effort to resolve this matter without this Court's intervention but has been unable to resolve the issues.

Dated this 10th of April, 2024.

/s/ *John Hueston*

## CERTIFICATE OF SERVICE

I certify that on April 10, 2024 I have electronically filed Defendants Kirkland & Ellis LLP and Kirkland & Ellis International LLP's Motion to Move the June 6, 2024 Motion Hearing Date with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Mikell Alan West
Robert William Clore
Bandas Law Firm PC
802 N Carancahua, Suite 1400
Corpus Christi, TX 78401
Telephone: 361-698-5200
Email: mwest@bandaslawfirm.com;
rclore@bandaslawfirm.com

Michael J Bagley
The Bagley Law Firm
310 Margaret Lane
Del Rio, TX 78840
Telephone: 830-422-2970
Fax: 830-422-2972
Email: m1990@juno.com

*Attorneys for Michael D. Van Deelen*

Thomas M Kirkendall
Attorney at Law
2 Violetta Court
The Woodlands, TX 77381-4550
281-364-9946
Fax: 888-582-0646
Email: bigtkirk@kir.com

*Attorney for Elizabeth Carol Freeman*

Gary Cruciani
John James Sparacino
Patrick William Pijls
McKool Smith, P.C.
300 Crescent Court
Suite 1500
Dallas, TX 75201
214-978-4004
Fax: 214-978-4044
Email: gcruciani@mckoolsmith.com;
jsparacino@mckoolsmith.com;
ppijls@mckoolsmith.com

*Attorneys for David R. Jones*

Russell Hardin , Jr
Emily McLemore Smith
Jennifer Elizabeth Brevorka
Leah Maxwell Graham
Rusty Hardin and Associates
1401 McKinney
Ste 2250
Houston, TX 77010
713-652-9000
Fax: 713-652-9800
Email: rhardin@rustyhardin.com;
esmith@rustyhardin.com;
jbrevorka@rustyhardin.com;
lgraham@rustyhardin.com

*Attorneys for Jackson Walker, LLP*

/s/ *Sonia Gaeta*