1

UNITED STATE BANKRUPTCY COU. ⌐
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Court
Southern District of Texas
F I L E D

MAY 1 6 2024

Nathan Ochsner, Clerk of Court

IN RE:
ANN BANDA
     Debtor

§

Chapter 7

CASE NO.23-33484  33848

CASE NO. 23-32068
(Consolidated together)

§

ANN BANDA,
     Petitioner
vs.
Daved R. Jones,
Elizabeth Carol Freeman
Claudio Ortega,.
David Tang, Cyathia Castanon,
Branch Shepherd, Bellum Civil LLC, §
Ross Bank May Cron And Cavin ,
Walker & Patterson, PC et. al.
JOHN DOE 1 THROUGH 50

     Respondent(s)

§

Fed.R.Civ.P. 60(b)(3)

CASE NO. 4:23-cv-3729

JURY TRIAL DEMANDED

---

**EMPERDIT MOTION TO WITHDRAW THE REFERENCE UNDER 28
U.S.C. § 157(d) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE
5011 AND REQUEST FOR JURY TRIAL FOR FRAUD ON THE COURT
THE RETURN OF SEIZED PROPERTY RIGHTS, HOBBS ACT,
ANTI-RACKETEERING ACT, PRIVACY ACT**

---

To the Honorable Judge Alia Moses
Chief United States District Judge

1-11

Case 4:23-cv-03729   Document 71   Filed on 05/16/24 in TXSD   Page 2 of 26
Case 23-32068   Document 38   Filed in TXSB on 05/15/24   Page 2 of 26

2

COMES NOW Ann Banda, Petitioner, and files this Motion To Withdraw Reference Seeking The Return of Seized Property pursuant to Federal Rule of Civil P. Rule 60(6)(3), Petitioner is proceeding pro-se and asks the Court to construe this pleading pursuant to **Haines v. Kerner, 404 U.S. 519.** and in connection alleges as follows.

This complaint in this case alleges a violation of the Racketeer Influenced and Corrupt Organization Act (RICO), 18 U.S.C. § 1961 et. seq.

To assure compliance with Federal Rule of Civil Procedure 11, which requires reasonable inquiry, Petitioner shall, [AMEND] within twenty days, file Emergency Motion To Withdraw Reference Under 28 U.S.C § 157(d) in separately number paragraphs as follows:

Petitioner gave judicial notice to the Bankruptcy Court DK 68 and as to the foraging date has not received a hearing as to the live conflicts, concealment of material facts. Based on information and belief Petitioner lives in fear of the Bellum Civile LLC influence on the Court based on evidence to be presented to the District Court identifying officials as allies in its threats and extortion against Petitioner.

Case 4:23-cv-03729   Document 71   Filed on 05/16/24 in TXSD   Page 3 of 26
Case 23-32068   Document 38   Filed in TXSB on 05/15/24   Page 3 of 26

3

## JURISDICTION

1.  The Court has jurisdiction over this matter pursuant to Fed.R.Civ.P.
Rule 60(b)(3), Rule 9024, 28 U.S.C. § 157(d) and 1331- 1334 and the
General Order 2012-6 entered in the Southern District of Texas. This is a core
proceeding pursuant to 28 U.S.C.§ 157 (d).The Petitioner brings this
adversary proceeding pursuant to thePrivacy Act 5 U.S.C. § 552, Hobbs Act,
the Anti-Racketeer Act (RICO) 18 U.S.C. § 1961 et. seq.and  Bankruptcy
Rule 7001 and 105  of title 11 of the United States Code. as amended. Venue
lies in this district pursuant to 28 U.S.C. § 1409.

## PARTIES

2.  Petitioner Ann Banda,  is the Petitioner/Grantor in above case and may
    be served at her residence 5615 Woodbrook Way, Houston Texas
    77081.

3.  Respondent Judge David R. Jones is an individual Texas resident
    whose address is unknown. No situation is needed at this time.

Case 4:23-cv-03729   Document 71   Filed on 05/16/24 in TXSD   Page 4 of 26
Case 23-32068   Document 38   Filed in TXSB on 05/15/24   Page 4 of 26

4

4.  Respondent Elizabet Carol Freeman is an individual Texas resident with a legal mailing address of 650 Roola, Houston, Texas 77055.No citation is needed at this time.

5.  Respondent Claudio Ortega, is an individual and resident of the State of Texas. Respondents may be served with process at his last known address 5005 W. 34th St. #2004a Houston Texas 77092. No citation is needed at this time.

6.  Respondent David Tang is an individual and a Bellaire Texas resident and may be served at his last known address 4509 Holt St. Bellaire Texas 77401. No citation is needed at this time.

7.  Respondent Bellum Civil LLC, is a Wyoming's based LLC a third party debt collector with a legal address of 5300 Memorial Dr. Houston Texas 77089.

8.  Respondent Cyathia Castanon is an individual and a Houston Texas resident and may be served at her last known address 1855 Acaciawood Way, Houston, Texas 77051, or at CYNHITA.CASTANONOO@GMAIL.COM. No citation is needed at this time.

Case 4:23-cv-03729  Document 71  Filed on 05/16/24 in TXSD  Page 5 of 26
Case 23-32068  Document 38  Filed in TXSB on 05/15/24  Page 5 of 26

5

9. Ross Bank May Cron And Cavin CP, is a Texas Based Company with a legal mailing address of 7700 San Felipe Ste. 500 Houston, Texas 77063. No citation is needed at this time.

10.    Walker & Patterson, PC is a Texas Based Company with a legal mailing address of 4815 Dacoma, Houston Texas 777092. No citation is needed at this time.

11.    Santo Correa  is an individual living and a Houston Texas resident and may be served at his address 12122 E. Marsham, Cir. Houston Texas 77066. No citation is needed at this time.

12.    No citation is needed at this time.John Doe 1 through 20 are individuals whose identities are known and unknown to Petitioner and identity will be released at a later date due to fear of retaliation.

## **BACKGROUND**

## I.  THE BANKRUPTCY

10. On or about  May 20, 2023 attorney Greg Goodrom Petitioners' attorney advised Petitioner to file bankruptcy based on a parsons related to an organization threatening and targeting Petitioner for the purpose of

Case 4:23-cv-03729   Document 71   Filed on 05/16/24 in TXSD   Page 6 of 26
Case 23-32068   Document 38   Filed in TXSB on 05/15/24   Page 6 of 26

6

unlawfully seizing and converting  Petitioners' rights to property to their

persons and shell companies.

11.On or June 1, 2023 Petitioner was contacted with information of a person

to help her file bankruptcy at a price of $500.00 plus, and On June 5, 2023

Petitioner bankruptcy in the United States Bankruptcy Court for the Southern

District of Texas Houston Division Case No. 23- 32068.

12. Somewhere around August 2023 Petitioner retained Brand Sing to

represent her in the bankruptcy case and did cause a police report to be

submitted to Brandon, and for good cause filed in error the case was

dismissed On or about September 26, 2023 wherein a warrant was issued

Claudio Ortega arrest seeking the return of the proceeding he retained.

13. On October 2, 2023 Petitioner filed a corporate bankruptcy for her

business Black Stone Investment Group LLC d/b/a Black Stone Construction

and Restoration. Case No. 23-33484.

14. On or about October 27, Judge Eduardo V. Rodriguez Terminated

Petitioner's case, and her rights to retrieve misappropriated proceeds was

abandoned by officials appointed to retrieve Petitioners' proceeds, $500.00

charged by Claudio Ortega for Court fees but was not paid to the Court.

Case 4:23-cv-03729  Document 71  Filed on 05/16/24 in TXSD  Page 7 of 26
Case 23-32068  Document 38  Filed in TXSB on 05/15/24  Page 7 of 26

7

15. On or about May 1, 2024, Petitioner was advised that the records of her bankruptcy case and other cases were deleted.

16. On or about May 13, 2024 Petitioners' did contact officials relating to the deleted records and officials did return the records back to the bankruptcy file. .

17. At all times relevant hereto Petitioner's was living under threats and extortion of an Organization.

18. That Petitioner did request assistance, from the State Court Judges, the District Attorney's Office and Attorneys and the Houston Police Department.

19. Petitioner recently learned that dissbit filling several police reports as advised by the District Attorney the Houston Police Department "HPD" failed to investigate due to a department police.

20. Based on HPD newly discovered information the "Suspended policy" claims filed with HPD was not investigated and threats, intimidation and extortions against Petitioners' right continues to the present date individuals acting under color of legal authority.


## CAUSES OF ACTION 1

Case 4:23-cv-03729   Document 71   Filed on 05/16/24 in TXSD   Page 8 of 26
Case 23-32068   Document 38   Filed in TXSB on 05/15/24   Page 8 of 26

8

## I.   Removal of Court Records/Denial of access to the Courts

20. Based on information and belief Petitioners' Court records were removed

for the Court records ultimately denying Petitioner's right to access the court.

21.On or about May 2, 2024, Petitioners needed access to her records to

prepare a motion to the United State District Court Chief Judge seeking relief

from multiple episodes of live conflicts of interest and willful concealment of

material macks from the bankruptcy Court, Petitioner and the Government

related to Petitioners' corporate bankruptcy Case no. 23-33484.

22. Petitioner first gave notice to the court February 29, 2024, of the live

conflicts and willful concealment of material facts relating to fraud on the

court.

 23. The United States District Court Chief Judge extended NOTICE BASES

of a Chinese Wall of Protection to Southern District of Texas Bankruptcy

Courts to create a hittend awareness under ABA Rules of potential conflicts

to avoid new victims being trapped by foreseen blanket conflict of interest

ongoing in Houston bankruptcy proceedings.

22. Based on information and belief records were willfully concealed in

Petitioner bankruptcy corporate proceedings by Bellum Civile LLC and

others which reflect that individuals acting under color of legal authority have

Case 4:23-cv-03729   Document 71   Filed on 05/16/24 in TXSD   Page 9 of 26
Case 23-32068   Document 38   Filed in TXSB on 05/15/24   Page 9 of 26

9

combined to create a chinese wall to intrap Petitioners business by way of concealment of business dealings in bankruptcy for personal gain.

23.As a result of the known practice to maintain a conflict of interest and continued efforts to conceal false declarations in a corporate bankruptcy proceeding perpetrated a fraud on the court as a way of practice.

24. As a result Petitioner was injured and requested this honorable Court conduct a facts finding investigation, as it relates to a conflict of practice within the bankruptcy Courts Houston Texas.

## <u>CAUSE OF ACTION 2</u>

**BASED ON NEWLY OBTAIN INFORMATION COUNSEL(S) FOR DEFENDANT, BELLUM CIVILLE AND THE LAW FIRM SHOULD BE DISQUALIFIED FOR CONCEALMENT, OF CONFLICT FROM THE COURT. AS A RESULT PETITIONER WAS INJURED IN PROTECTED RIGHTS TO ASSESS THE COURT, AND IN THE CONTROL OF BUSINESS RIGHTS.**

**SEE EXHIBIT 1-2-3**

Case 4:23-cv-03729   Document 71   Filed on 05/16/24 in TXSD   Page 10 of 26
Case 23-32068   Document 38   Filed in TXSB on 05/15/24   Page 10 of 26

10

## CAUSE OF ACTION 3

**CONSPIRACY TO BREACH FIDUCIARY DUTY IN THE CONCEALMENT OF MATERIAL FACTS FROM THE BANKRUPTCY COURT, FRAUD ON THE COURT. AS A RESULT PETITIONER WAS INJURED IN BUSINESS RIGHTS AND PROPERTY.**

## CAUSE OF ACTION 4

**BEGINNING IN SOMEWHERE IN 2019 AND CONTINUING TO THE FOREGOING DATE MAY 15, 2024, AGENT(S) , THROUGH ITS THE RESPONDENT BELLUM CIVIL LLC THROUGH ITS AGENT(S AND AFFILIATES DID KNOWINGLY AND WILLFULLY COMBINE, CONSPIRE AND DID CONFEDERATE TOGETHER AND WITH OTHERS KNOWN AND UNKNOWN TO PETITIONER TO THREATENED, INTIMIDATE AND EXPORT PETITION OF RIGHT TO ACCESS AND CONTROL PROPERTY. AS A RESULT PETITIONER WAS INJURED IN HER BUSINESS RIGHT AND PROPERTY.**

**Relief Requested:**

**GRANT PETITIONER LEAVE TO INTERVENE AND/OR FILE AN AMENDED INDEPENDENT ACTION.**

**GRANT PETITIONER AND EVIDENTURAY TO PRESENT EVIDENCE WITHHELD FROM THE COURT AND ANY OTHER RELIEF DEEMED JUST AND PROPER.**

**SEE EXHIBIT 4 EXTORTION PAYMENT**

WHEREFORE, Ann Banda, prays this Court Grant Leave to Intervene and/or allow Petitioner time to file an amended independent action as Petitioner are victims of Threats, Extortion and Intimidation compound by concealment within the bankruptcy court

**CERTIFICATE OF SERVICE**

I Ann Banda hereby certify that a true and correct copy of the forgoing document was sent to the parties of record on this 15 day of May 2024.

Respectfully Submitted

Ann Banda Petitioner
5615 Woodbrook Way
Houston, Tx 77081

Label Matrix for local noticing
0541-4
Case 23-33888
Southern District of Texas
Houston
Tue May 14 12:07:04 CDT 2024

Black Stone Investment Group
5322 Bellaire Blvd., Suite 445
Houston, TX 77401

Black Stone Investment Group
3615 Woodway Way
Houston, TX 77056

Harris County
Linebarger Goggan Blair & Sampson LLP
C/O Jeannie Lee Andresen
P.O. Box 3064
Houston, Tx 77253-3064

Montgomery County
Linebarger Goggan Blair & Sampson LLP
c/o Jeannie Lee Andresen
P.O. Box 3064
Houston, TX 77253-3064

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Andrea Mack
748 N. William Baldwin
Baldwin, NY, 11510

Bella Civille, LLC
PO Box 630962
Houston, TX 77263-0962

Ballum Civile, LLC
5300 Memorial Drive, Suite 270
Houston, TX 77007-8250

Ballum Civile, LLC
c/o Cynthia Caastanon
PO BVox 451143
Houston, TX 77245-1143

Ballum Civile, LLC
c/o Cynthia Castanon
PO Box 451143
Houston, TX 77245-1143

Diane E. Alm
53 Wyndan Oaks Dr.
Houston, TX 77056-2512

Dwain Ross
Exclusive Construction LLC
10201 Forest Spring Ln.
Pearland, TX 77584-3262

Galleria Diplomat Condominiums
6000 Rains
Houston, TX 77036-3006

HARRIS COUNTY MUNICIPAL UTILITY DISTRICT 1¼
6935 Barney Road, Suite 110
Houston TX 77092-4443

HARRIS-MONTGOMERY COUNTIES MUD #386
822 West Pasadona Blvd.
Deer Park TX 77536-5749.

Harris County
c/o Jeannie L. Andresen
Linebarger Goggan Blair Sampson
PO Box 3064
Houston, TX 77253-3064

Harris County, et al
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX  77253-3064

High Sierra Property Management
2002 West Grand Pkwy, North, Suite 100
Katy, TX 77449-1964

High Yield Realty, LLC
9494 Southwest Freeway, Suite 300
Houston, TX 77074

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

James E. Alm
53 Wyndon Oaks Dr.
Houston, TX 77056-2512

James E. Alm
55 Wyndam Oaks Dr.
Houston, TX 77056

KLEIN INDEPENDENT SCHOOL DISTRICT
C/O HARRIS COUNTY TAX ASSESSOR-COLLECTOR
1235 NORTH LOOP WEST, SUITE 600
Houston TX 77008-1772

Larry Bysinger
Bysinger & Pearson
1100 Laoland
Houston, TX 77002-7634

Marquise Clark
d/b/a Foster Jackson Investment
9494 Southwest Freeway, Suite 300
Houston, TX 77074-1400

Maximus Development and Construction
5350 Bellaire Blvd, # 2323
Bellaire, TX 77401-3951

Montgomery County
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

TOMBALL INDEPENDENT SCHOOL DISTRICT
P. O. Box 276
Tomball TX 77377-0276

05-Apr-23                                                                05Apr23-3541

THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION
GROUP ID G05Apr23-3541
Sequence number 004180320137  Posting date 30-Mar-22 Amount 3681.40

Blackstone Construction & Restorati                               1227
832-275-7298
8589 Katy Fwy, Ste 450
Houston, TX 77024                                      63-6413/2670

                                            Date  3/11/2022

Pay to the
order of          Mark  Dykes                          | $ 3681.40

three  thousand  six  hundred  eighty-one  Dollars

JPMORGAN CHASE BANK, N.A.
WWW.CHASE.COM

For  Settlement  fee  Apt  447805254

⑈00 227⑈ ⑈267064131⑈   7108 2301 1⑈        Approve  by  Ann.

7/29/2022  3:16  PM  SEQ #  213650103  20220329>113011258
111-ABTHolcombe-Greenbriar

PAY TO THE ORDER OF
AMEGYBANK
HOUSTON, TX 77002
MARK E DYKES, ATTORNEY AT LAW

**EXTORTION CHECK**

- Cameron Namazi, manager
- Pedram Lalezari, manager
- Registered Agents Inc, agent

Registry Page
   https://mycpa.cpa.state.tx.us/coa/



## Recent filings for CHRISTIAN BRASCOE INVESTMENTS, LLC

31 Dec 2021
Public Information Report (PIR)

31 Dec 2019
Public Information Report (PIR)

8 Jul 2019
Change of Name or Address by Registered Agent

27 Nov 2018
Certificate of Formation

**Source** Texas Secretary of State, https://direct.sos.state.tx.us/help/h..., 17 Mar 2022
Add data *(website, address, etc)*

## Company Addresses

Mailing Address

5900 BALCONES DR STE 100, AUSTIN, TX, 78731

## Explore company network



## Company network

Not yet available for this company. Click to find out more

Learn how to leverage transparent company data at scale. Subscribe to our emails

# opencorporates •••••

The Open Database Of The Corporate World

[ Company name or number ]   ( Search )

● Companies  ○ Officers

Log in/Sign up

# CHRISTIAN BRASCOE INVESTMENTS, LLC

Company Number
0803172725
Status
In Existence
Incorporation Date
27 November 2018 (over 3 years ago)
Company Type
Domestic Limited Liability Company (LLC)
Jurisdiction
Texas (US)
Registered Address

- 3100 S GESSNER RD STE 115
- HOUSTON
- 77063-3773
- TX
- USA

Alternative Names

- CHRISTIAN BRASCOE INVESTMENTS, LLC (trading name, 2018-11-27 - )

Agent Name
Registered Agents Inc
Agent Address
5900 Balcones Drive, Suite 100, Austin, TX, 73731, USA
Directors / Officers

# OUSTON POLICE DEPARTMENT
## CYBER & FINANCIAL CRIMES
### INFORMATION FORM

**DIRECTIONS: (PLEASE PRINT)**
1. FILL IN ALL REQUESTED INFORMATION DENOTED BY SHADED AREAS
2. ATTACH EVIDENCE (IF ANY)

MAIL TO: CYBER & FINANCIAL CRIMES DIVISION
1200 TRAVIS
HOUSTON, TX 77002
PHONE: (713) 308-2500
FAX: (713) 308-2522

| INCIDENT NUMBER | |

| DATE OF INCIDENT | TIME | LOCATION OF INCIDENT (ADDRESS/CITY/STATE/ZIP) |
|---|---|---|
| | | |

| BUSINESS NAME (IF APPLICABLE) Blacksmith Invest | ADDRESS 8053 Katy Freeway | CITY/STATE/ZIP Houston TX 77024 | PHONE 346 426 6886 |

Maximum Dev & Construction

| COMPLAINANT (YOUR NAME) A Blac | ADDRESS | CITY/STATE/ZIP | HOME PHONE | PAGER | WORK PHONE |
|---|---|---|---|---|---|

| RACE Blk | SEX M | DATE OF BIRTH 2/1/93 | TITLE or IDs 1284110 | SOCIAL SECURITY # |
|---|---|---|---|---|

| REPORTEE (IF MAKING REPORT FOR SOMEONE ELSE) | ADDRESS | CITY/STATE/ZIP | HOME PHONE | WORK PHONE |
|---|---|---|---|---|

| RACE | SEX | DATE OF BIRTH | TITLE or ID# | SOCIAL SECURITY # |
|---|---|---|---|---|

**USE THIS SPACE TO DESCRIBE THE DETAILS OF THE INCIDENT**
(WHAT HAPPENED? WHEN AND WHERE DID IT HAPPEN? HOW DID YOU DISCOVER THIS?)
PLEASE BE DETAILED AS WHAT YOU PUT HERE IS WHAT WILL BE ENTERED INTO YOUR REPORT.

Beginning in 2019 to the Company late 8/2023 A Criminal
organization has targeted in families ways of
banking intimidation and extortion of money
and personal property to include relentless access
entrance. The organization has continuously hacked
my phones and computers accessing information and
real-time my phones communication by multiple
agencies and intoxications to impede and cover up
this unlawful acts. Related RO# 015-1548-23, # 110012450-23

****PLEASE TURN OVER AND USE BACK SIDE IF MORE ROOM IS NEEDED****

| | UNSOLVED | CAN ID SUSPECT  YES / NO | LIST MORE SUSPECTS IN NARRATIVE IF NEEDED | | |
|---|---|---|---|---|---|
| LAST NAME | FIRST NAME | MIDDLE | ALIAS | PHONE | |
| ADDRESS | CITY/STATE/ZIP | DATE OF BIRTH | AGE  TO | JUVENILE?  RACE | SEX |
| HEIGHT | WEIGHT | COMPLEXION | SPEECH/ACCENT | | |
| HAIR COLOR | HAIR LENGTH/STYLE | FACIAL HAIR | EYE COLOR | TATTOOS (DESCRIPTION) | |

SIGNATURE

DATE 2/2/2023

PLEASE ENSURE ALL QUESTIONS ARE
ANSWERED FULLY AND COMPLETELY.
RETURN THIS FORM AS SOON AS POSSIBLE.

RP-2019-458402
10/16/2019  ER   $20.00

After Recording Return To:
BLACK STONE INVESTMENT GROUP LLC
8488 Katy Freeway, Suite 450
Houston, Texas 77024

## WARRANTY DEED WITH VENDOR'S LIEN

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

THE STATE OF TEXAS

COUNTY OF HARRIS COUNTY              KNOW BY ALL MEN BY THESE PRESENTS:

That CHRISTIAN BRASCOE INVESTMENTS, LLC, hereinafter called "Grantor," for valuable consideration to Grantor paid by BLACK STONE INVESTMENT GROUP LLC, hereinafter called "Grantee," whose mailing address is 8488 Katy Freeway, Suite 450, Houston, Texas 77024, the receipt of which is hereby acknowledged and confessed, and the further consideration of the execution and delivery by Grantee of one certain Promissory Note in the principal sum of ($100,000.00 U.S.D.) ONE HUNDRED THOUSAND AND NO/100 DOLLARS of even date herewith, payable to the order of JAMES E. ALM, hereinafter called "Mortgagee," bearing interest at the rate therein provided; said Note containing the usual reasonable attorney's fee clause and various acceleration of maturity clauses in case of default, and being secured by Vendor's Lien and superior title retained herein in favor of said Mortgagee, and being also secured by a Deed of Trust herewith from Grantee to Estrada & Edwards Group LLC, 11200 Broadway St., Suite 1190, Pearland, Texas 77584; and

WHEREAS, Mortgagee has, at the special instance and request of Grantee, paid to Grantor a portion of the purchase price of the property hereinafter described, as evidenced by the above-described note, said Vendor's Lien and Deed of Trust lien against said property securing payment of said Note are hereby assigned, transferred and delivered to Mortgagee, Grantor hereby conveying to said Mortgagee the said superior title to said property, subrogating said Mortgagee to all the rights and remedies of Grantor in the premises by virtue of said liens; and

Grantor has GRANTED, SOLD and CONVEYED, and by these presents do GRANT, SELL and CONVEY unto said Grantee, the following property, 3425 Mainer St., Houston, Texas 77021 further described, to wit:

Lot 23, Block 68, SOUTH UNION, SECTION ONE (1), a subdivision in Harris County, Texas, according to the map or plat recorded in Volume 29, Page 70, Map Records, Harris County, Texas.

TO HAVE AND TO HOLD the above-described premises, together with all and singular, the rights and appurtenances thereunto in anywise belonging unto said Grantee, its heirs assigns, forever. Grantor does hereby bind herself, her heirs, executors and administrators, to warrant and forever defend all and singular the said premises unto said Grantee, its heirs and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof. It is expressly agreed that the Vendor's lien is retained in favor of the payee of said Note against the above-described property, premises and improvements, until said Note and all interest thereon shall have been fully paid according to the terms thereof, when this deed shall become absolute.

RP-2019-458402

This conveyance is made subject to any and all valid and subsisting restrictions, easements, rights of way, reservations, maintenance charges together with any lien securing said maintenance charges, zoning laws, ordinances of municipal and/or other governmental authorities, conditions, covenants, if any, applicable to enforceable against the above-described property as shown by the records of the County Clerk of said County.

The use of any pronoun herein to refer to Grantor or Grantee shall be deemed a proper reference even though Grantor and/or Grantee may be an individual (either male or female), a corporation, a partnership or a group of two or more individuals, corporations and/or partnerships, and when this Deed is executed by or to a corporation, or trustee, the words "heirs executors and administrators" or, "heirs and assigns" shall, with respect to such corporation or trustee, be constructed to mean "successors and assigns."

EXECUTED this ___15___ day of ___October___, 2019.

CHRISTIAN BRASCOE INVESTMENTS, LLC

By: _____

Title: _Managing Member_

STATE OF _TEXAS_

COUNTY OF _HARRIS_

This instrument was acknowledged before me on this _15th_ day of _October_, 2019 by _Cameron Namazi_ of CHRISTIAN BRASCOE INVESTMENTS, LLC.

NATALIE DOIL
Notary Public, State of Texas
Comm. Expires 05-05-2022
Notary ID 128843826

_____
Notary Public, State of _TEXAS_

Warranty Deed With Vendor's Lien



RP-2019-458402

8 Pages 3

10/16/2019 09:09 AM

e-Filed & e-Recorded in the

Official Public Records of

HARRIS COUNTY

DIANE TRAUTMAN

COUNTY CLERK

Fees $20.00

RP-2019-458402

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.



COUNTY CLERK
HARRIS COUNTY, TEXAS

Case 4:23-cv-03729   Document 71   Filed on 05/16/24 in TXSD   Page 21 of 26
Case 23-32068   Document 38   Filed in TXSB on 05/15/24   Page 21 of 26
Case 23-33848   Document 102   Filed in TXSB on 03/18/24   Page 100 of 129

**P R E L I M I N A R Y - A R S - P U B L I C - R E L E A S E - R E P O R T**

# Houston Police Department

**0162450-23**

Suppl No.
ORIG

Reports



Houston Police Department
1200 Travis Street
Houston, Texas 77002
713-884-3131 Emergency Dial 9-1-1

Reported Date/Time
2/2/2023 15:05
Offense Report Title
Theft - All Other Items (Miscellaneous)
Officer Name
GALAVIZ, G

## Administrative Information

| Address | | | | City | | Zip |
|---|---|---|---|---|---|---|
| 14042 AMBROSE ST | | | | HOUSTON | | 77045 |

| Dist/Beat | Station | District | From Date | From Time | To Date | To Time | Primary Unit |
|---|---|---|---|---|---|---|---|
| 16E20 | SW | 16 | 02/02/2023 | 00:01 | | 00:00 | 16 |

Officer 1 Name
GALAVIZ, G

Division
BNT - Captain - Civilian Admin Unit

Officer 2 Name

Division

| Weather | Offense County | | | Est. Loss Value | |
|---|---|---|---|---|---|
| UNKNOWN | Harris County | | | None or Not Applicable | |

| Hate Crime | Family Violence | Metal Theft | Gang Crime |
|---|---|---|---|
| No | No | No | No |

## Complainant 1: JONES, AMIN DEVON (Requestor)

| Race | Sex | Ethnicity | | | Height | Weight | | Age |
|---|---|---|---|---|---|---|---|---|
| Black, Black | Male | Not Hispanic/Latino | (N) | | | # | | 49 |

| Address | City | State | Zip Code |
|---|---|---|---|
| 5615 WOODBROOK WAY | HOUSTON | TX | 77081 |

**Phone(s):** Cell - Mobile
(346)526-6886

## PROPERTY SECTION

| Stolen | Brand/Make | Model | Qty | Serial No. | Value |
|---|---|---|---|---|---|
| Other Item Not Listed | OTHER | | | 4207918 | 1.00 |
| Description CABINETS | | | | | |
| Recovery Date | | | | | |
| Stolen Other Item Not Listed | OTHER | | | 4903557 | 1.00 |
| Description CEILLING FANS | | | | | |
| Recovery Date | | | | | |
| Stolen Other Item Not Listed | OTHER | | | | 1.00 |
| Description VENT FANS | | | | | |
| Recovery Date | | | | | |
| Stolen Other Item Not Listed | OTHER | | | | 300000.00 |
| Description LIGHT FIXTURES | | | | | |

| Report Officer | Printed At | Page: 1 of 2 |
|---|---|---|
| GALAVIZ, G | 02/02/2023 03:51 | |

**P R E L I M I N A R Y - A R S - P U B L I C - R E L E A S E - R E P O R T**

Case 4:23-cv-03729   Document 71   Filed on 05/16/24 in TXSD   Page 22 of 26
Case 23-32068   Document 38   Filed in TXSD on 05/15/24   Page 22 of 26
Case 23-32848   Document 102   Filed in TXSD on 03/18/24   Page 99 of 129



William P Huddock
2777 Allen Parkway
Suite 800
Houston, TX 77019

021011' 752 1 SP 0.630  77401  9 2  9979-1-21011

Black Stone Investment Group
5322 Bellaire Blvd., Suite 445
Houston, TX  77401

VISITOR

American Veterank

Escort Required
1200 Travis
Station 01
Financial Crimes/Cyber

2023.9.22 at 15:27:42 PM



# HOUSTON POLICE DEPARTMENT

Incident No: _01575 18 -23_

Title: _Com al Pr___ ___ Kol____

Address: _____

Date: _09 22 23_

Officer's Name: _____

Unit No: _FC 4_

Crime Prevention: www.houstonpolice.org

Report Gang Tips: www.stophoustongangs.org

Case 4:23-cv-03729   Document 71   Filed on 05/16/24 in TXSD   Page 23 of 26
Case 23-32068   Document 38   Filed in TXSB on 05/15/24   Page 23 of 26
Case 23-33848   Document 102   Filed in TXSB on 03/18/24   Page 101 of 129

Exhibit A

# HOUSTON POLICE DEPARTMENT

Incident No: 1395648-22

Title: Suspicious Veh.

Address: 5615 Woodbrook Way

Date: 10 15 22

Officer's Name: Jerome/Rebollo

Unit No: 17E 16E

Crime Prevention: **www.houstonpolice.org**

Report Gang Tips: **www.stophoustongangs.org**

Case 4:23-cv-03729   Document 71   Filed on 05/16/24 in TXSD   Page 24 of 26
Case 23-32068   Document 38   Filed in TXSB on 05/15/24   Page 24 of 26
Case 23-33848   Document 102   Filed in TXSB on 03/18/24   Page 102 of 129

PRELIMINARY · A R S · PUBLIC · RELEASE · REPORT

# Houston Police Department

**0018314-22**  Supl No. **ORIG**

Reports



Houston Police Department
1200 Travis Street
Houston, Texas 77002
713-884-3131  Emergency Dial 9-1-1

Reported Date/Time
1/5/2022  11:28
Offense Report Title
Criminal Trespassing (All Other Locations)
Officer Name
BENNETT, A J

## Administrative Information

| Address | | | | | City | | Zip |
|---|---|---|---|---|---|---|---|
| 14042 AMBROSE ST | | | | | HOUSTON | | 77045 |

| Dist/Beat | Station | District | From Date | From Time | To Date | To Time | Primary Unit |
|---|---|---|---|---|---|---|---|
| 16E20 | SW | 16 | 01/05/2022 | 11:28 | | 00:00 | 16E33D |

| Officer 1 Name | Division |
|---|---|
| BENNETT, A J | Southwest - Days - Patrol Unit |

| Officer 2 Name | Division |
|---|---|
| BROWN, E C | Southwest - Days - Patrol Unit |

| Weather | Offense County | Est. Loss Value |
|---|---|---|
| CLEAR | Harris County | None or Not Applicable |

| Hate Crime | Family Violence | Metal Theft | Gang Crime | |
|---|---|---|---|---|
| No | No | No | No | |

**Complainant 1:** SAMPSON SHELONDA WYNELL

| Race | Sex | Ethnicity | | Height | Weight | Age |
|---|---|---|---|---|---|---|
| Black, Black | Female | Not Hispanic/Latino | (N) | | # | 45 |

| Address | City | State | Zip Code |
|---|---|---|---|
| 5310 KNOTTY OAKS TRL | HOUSTON | TX | 77045 |

| Phone(s): | Cell - Mobile | | |
|---|---|---|---|
| | (281)451-4038 | | |

## Summary

Criminal Treespass at storage lot
Susupects GOA
1 complainant
2 male suspects

**STATE OF TEXAS**
**COUNTY OF HARRIS**

I, Troy Finner, Chief of Police, Houston, Texas
do hereby certify that the foregoing is a true and
correct copy of the original record, now in
the lawful custody and possession of the
Houston Police Department.

Witness my official hand and seal of office, this

1/13/22

By _____  Deputy

| Report Officer | Printed At | Page: 1 of 1 |
|---|---|---|
| BENNETT, A J | 01/13/2022 09:29 | |

PRELIMINARY · A R S · PUBLIC · RELEASE · REPORT

Scanned with CamScanner

Case 4:23-cv-03729   Document 71   Filed on 05/16/24 in TXSD   Page 25 of 26
Case 23-32068   Document 38   Filed in TXSB on 05/15/24   Page 25 of 26
Case 23-33848   Document 102   Filed in TXSB on 03/18/24   Page 104 of 129

# Houston Police Department

**1395648-22**

Production



Houston Police Department
1200 Travis Street
Houston, Texas 77002
713-884-3131 Emergency Dial 9-1-1

Reported Date/Time
10/15/2022 14:16
Offense Report Title
Harassment - By Other Means (T)
Officer Name
JEROME, G

## Administrative Information

| Address | | City | Zip |
|---|---|---|---|
| 5615 WOODBROOK WAY | | HOUSTON | 77081 |

| Dist/Beat | Station | District | From Date/Time | To Date/Time | Primary Unit |
|---|---|---|---|---|---|
| 17E10 | FOND | 17 | (10/15/2022 14:16) | | 17E16E |

| Officer 1 Name | Division |
|---|---|
| JEROME, G | South Gessner - Evenings - Patrol Unit |

| Officer 2 Name | Division |
|---|---|
| REBOLLO, A D | South Gessner - Evenings - Patrol Unit |

| Weather | Offense County | Est. Loss Value |
|---|---|---|
| CLEAR | Harris County | None or Not Applicable |

| Hate Crime | Family Violence | Metal Theft | Gang Crime |
|---|---|---|---|
| No | No | No | No |

### COM: JONES,AMIN DEVON ADRIAN

| Race | Sex | Ethnicity | | Height | Weight | Age |
|---|---|---|---|---|---|---|
| Black, Black Hispanic or African American | Male | Not Hispanic/Latino | (N) | 6'03" | 200# | 49 |

| Address | City | State | Zip Code |
|---|---|---|---|
| 5615 WOODBROOK WAY | HOUSTON | TX | 77081 |

Phone(s): CE (832)641-3851

### COM: SAMPSON,SHYLONDA WYNELL

| Race | Sex | Ethnicity | | Height | Weight | Age |
|---|---|---|---|---|---|---|
| Black, Black Hispanic or African American | Female | Not Hispanic/Latino | (N) | 5'11" | 0# | 46 |

| Address | City | State | Zip Code |
|---|---|---|---|
| 5615 WOODBROOK WAY | HOUSTON | TX | 77081 |

Phone(s): CE (832)641-3851

## Summary

Suspicious Vehicle call.
No arrest.

| Report Officer | Printed At | Page: 1 of 1 |
|---|---|---|
| JEROME, G | 10/24/2022 05:05 | |

Case 4:23-cv-03729   Document 71   Filed on 05/16/24 in TXSD   Page 26 of 26
Case 23-32068   Document 38   Filed in TXSB on 05/15/24   Page 26 of 26
Case 23-33848   Document 102   Filed in TXSB on 03/18/24   Page 103 of 129

PRELIMINARY - A R S - PUBLIC - RELEASE - REPORT

# Houston Police Department

**0162450-23**

Suppl No.
ORIG

Reports

| Stolen | Brand/Make | Model | Qty | Serial No. | Value |
|---|---|---|---|---|---|
| Other Item Not Listed | OTHER | | | | 500000.00 |

Description
LOCKS BOX TRAILER 32'

Recovery Data

| Stolen | Brand/Make | Model | Qty | Serial No. | Value |
|---|---|---|---|---|---|
| Other Item Not Listed | OTHER | | | | 1.00 |

Description
VALVES 3 BOATS

Recovery Data

| Stolen | Brand/Make | Model | Qty | Serial No. | Value |
|---|---|---|---|---|---|
| Other Item Not Listed | OTHER | | | | 1.00 |

Description
PLUMBING SUPPLIES TRAILER 16' TRAILER 10'

Recovery Data

## Summary

THE COMPL WALKED INTO THE PROPERTY AND FINANCIAL CRIMES DIVISION TO FILE A REPORT IN
REGARDS TO A THEFT. 2 SUSPECT/NO ARREST. THE COMPL IS WILLING TO PROSECUTE.

| Report Officer | Printed At | |
|---|---|---|
| GALAVIZ, G | 02/02/2023 03:51 | Page: 2 of 2 |

PRELIMINARY - A R S - PUBLIC - RELEASE - REPORT