FILED
United States District Court
Southern District of Texas
**ENTERED**
May 17, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL D. VAN DEELEN, § | |
| § | |
| Plaintiff, § | Case No. 4:23-CV-03729-AM |
| § | |
| v. § | |
| § | |
| DAVID R. JONES, ELIZABETH § | |
| CAROL FREEMAN, JACKSON § | |
| WALKER, LLP, KIRKLAND & § | |
| ELLIS, LLP, AND KIRKLAND & § | |
| ELLIS INTERNATIONAL, § | |
| LLP, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is a pro se filing filed by Ann Banda, a third party who seeks to intervene in this case. (ECF No 71.) Ms. Banda titled her filing as follows: "Emperdit Motion to Withdraw the Reference Under 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 5011 and Request for Jury Trial for Fraud on the Court the Return of Seized Property Rights, Hobbs Act, Anti-Racketeering Act, Privacy Act." (*Id.*)

As best as the Court can discern, Ms. Banda seeks to intervene in this case to assert claims against various defendants—some already named in this suit and some new ones. Her filing presents a jumbled catalog of legal and factual allegations with, at best, a tenuous connection with those asserted in this case. (*Id.*) According to her filing, Ms. Banda was involved in a bankruptcy matter filed in the United States Bankruptcy Court for the Southern District of Texas. (*Id.*) Her filing also names as a defendant "Daved R. Jones" [sic]. (*Id.*) Beyond that, her allegations have no meaningful connection to those at issue in this case.

The Court will not tolerate frivolous third-party attempts to muddy the water with unrelated causes of action. Accordingly, to the extent Ms. Banda moves to intervene in this case, that motion (ECF No. 71) is hereby **DENIED**.

SIGNED AND ENTERED this 17th day of May, 2024.

_____
ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE