# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

## MINUTES OF CIVIL PROCEEDINGS

| | | |
|---|---|---|
| DEELEN | § | |
| vs. | § § | CIVIL NO: 4:23CV-03729-AM |
| JONES | § § § | |

| | | | |
|---|---|---|---|
| JUDGE: | ALIA MOSES | DATE: | June 06, 2024 |
| DEPUTY CLERK: | Jeanette Mendoza | TIME: | 2:04pm  4hours 12 minutes |
| COURT REPORTER: | Vickie Garza | | |
| LAW CLERK: | Daniel Glen | | |

**ATTORNEY(S) FOR PLAINTIFF(S):**

Robert Clore, Michael Bagley, Mikell West

**ATTORNEY(S) FOR DEFENDANT(S):**

John Sparaciano, Michael Todisco, David Beck, Gregory Torres

**PROCEEDINGS:**

Motion to dismiss and sanctions hearing held in Del Rio TX

All counsel were present for parties

The Court will issue an order