IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Michael D. Van Deelen,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>David R. Jones, Elizabeth Carol Freeman, Jackson Walker, LLP, Kirkland & Ellis, LLP, and Kirkland & Ellis International, LLP,<br><br>　　　　　　　Defendants. | Civil Action File<br>No. 4:23-cv-3729<br><br><br><br>Jury Trial Demanded |

To the Honorable Alia Moses,
Chief United States District Judge:

**PLAINTIFF'S FIRST AMENDED PARTIALLY OPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT JACKSON WALKER LLP'S SUPPLEMENTAL LETTER BRIEF**

Plaintiff Michael D. Van Deelen files this motion for leave to file a short letter brief in response to the supplemental letter brief filed by Defendant Jackson Walker LLP. Plaintiff would respectfully show the Court that Plaintiff should be permitted to file a responsive letter brief for the following reasons:

In connection with a motion to dismiss that has already produced hundreds of pages of briefing and been the subject of a lengthy day of argument, Jackson Walker has now added yet more supplemental briefing. The purported purpose of the supplementation is to address recent Supreme Court's opinions overturning two Fifth Circuit cases – cases which were not cited, argued or relied upon by either party and which do not materially alter the Court's analysis in this case. In the interest

1

of justice, Plaintiff requests leave to file a short responsive letter brief setting forth the distinguishable facts of the newly cited cases and the reasons they do not defeat Plaintiff's standing in the case at bar. Plaintiff's proposed Letter Brief in response is attached hereto as Exhibit A.

Plaintiff Michael Van Deelen respectfully requests that the Court grant his motion for leave to file a response to Jackson Walker's supplemental letter brief.  Plaintiff further requests that the Court grant him all other and further relief to which he is justly entitled.

           Respectfully submitted,

         By: /s/ Mikell A. West
           Mikell A. West
           Texas State Bar No. 24070832
           S.D. Tex. Bar No. 1563058
           Robert W. Clore
           Texas State Bar No. 24012426
           S.D. Tex. Bar No. 2032287
           BANDAS LAW FIRM, P.C.
           802 Carancahua Street, Suite 1400
           Corpus Christi, Texas 78401
           Telephone: (361) 698-5200
           Facsimile: (361) 698-5222
           mwest@bandaslawfirm.com
           rclore@bandaslawfirm.com

           ATTORNEYS FOR PLAINTIFF MICHAEL VAN DEELEN

## CERTIFICATE OF CONFERENCE

I, the undersigned counsel of record, do hereby certify that I contacted counsel for all parties inquiring as to opposition to Plaintiff's Motion for Leave and Defendants Jackson Walker, Kirkland & Ellis, LLP, Kirkland & Ellis, International, and Elizabeth Freeman are not opposed. To date, our Firm has not received a response from Defendant Jones.

           /s/ *Mikell A. West*
           Mikell A. West

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 16th day of July, 2024, a true and correct copy of the foregoing instrument was filed electronically with the CM/ECF system which sends notification of such instrument to all counsels of record.

                                                      */s/ Mikell A. West*
                                                      Mikell A. West