Case 4:23-cv-03729   Document 104   Filed on 12/09/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL D. VAN DEELEN, | § |
| Plaintiff, | § § § |
| v. | §  Case No. 4-23-CV-03729-AM |
| DAVID R. JONES, ELIZABETH CAROL FREEMAN, JACKSON WALKER, LLP, KIRKLAND & ELLIS, LLP, and KIRKLAND & ELLIS INTERNATIONAL, LLP, | § § § § § § § |
| Defendants. | § |

## ORDER

On August 16, 2024, this Court entered an order [ECF No. 101][1] granting the Plaintiff a 30-day period in which to amend his complaint. Without any amendments to the complaint, the case would be dismissed pursuant to the terms of said order. Fed. R. Civ. Pro. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 630 (1962). The Plaintiff did not file an amended complaint within the prescribed 30-day time frame.

It is therefore **ORDERED** that the Clerk of the Court close the above-captioned case,

---

[1] Regarding the Plaintiff's Motion to Amend [ECF No. 102], the Court clarifies that Plaintiff's Counsel has been previously sanctioned by a state, not a federal, court. *See Bandas Law Firm PC v. Modjarrad & Associates PC*, No. DC-21-10755, Ord. Imposing Att'y Sanctions (162nd Dist. Ct., Dallas County, Tex. Aug. 8, 2023). That sanctions matter is currently on appeal. *See* Docket No. 05-23-01115-CV (Tex. App.—Dallas Nov. 6, 2023).

including all pending motions, issuing a Clerk's judgment.

SIGNED and ENTERED on this 9th day of December 2024.

_____
ALIA MOSES
Chief United States District Judge