Case 4:23-cv-03729   Document 105   Filed on 12/09/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas

**ENTERED**
December 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Michael D. Van Deelen <br> *Plaintiff* <br> v. <br> David R. Jones, et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 4:34cv3729 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

The Plaintiff did not file an amended complaint within the prescribed 30-day time frame. The Clerk is ordered to close this case, including all pending motions, and issue a Clerk's judgment.

Date: December 9, 2024

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*